UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/08

)
)
IN RE: METHYL-TERTIARY BUTYL      )   MDL 1358
ETHER ("MTBE") PRODUCTS            )   Master File C.A. No. 1:00-1898 (SAS)
LIABILITY LITIGATION               )
)
)
)
)

This document refers to:

City of Inverness Water District v. Amerada Hess Corp., et al 07-CV-4011

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that Giant Yorktown, Inc. shall be and hereby is dismissed from the above action without prejudice. Each party to bear its own costs.

So ordered:

Dated: March 11, 2008

Hon. Shira A. Scheindlin
U.S.D.J.

1

Date: 2-27-08

By: /s/ William J. Dubanevich (WD 5969)

William J. Dubanevich (WD 5969)
Marc Jay Bern, Esq.
Napoli Bern Ripka, LLP
3500 Sunrise Highway
Suite T-207
Great River, New York  11739

Counsel for Plaintiffs


Date: 2-26-08

By: /s/

Robert F. Redmond, Jr.
Clement D. Carter
Gray B. Broughton
Williams Mullen
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, Virginia  23218-1320

Counsel for Defendant Giant Yorktown, Inc.

1448282v1